# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22-99-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| PATRICK LYNN FISCHER, | |
| Defendant. | |

Upon the United States' unopposed Motion to Dismiss Forfeiture Allegation (Doc. 42) contained in the indictment, and for good cause shown,

**IT IS HEREBY ORDERED** that the forfeiture allegation contained in the indictment is **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 25th day of October, 2023.

SUSAN P. WATTERS
United States District Court Judge

1